

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2017

No. 04-17-00770-CV

**IN RE RODRIGUEZ PRODUCE &
FREIGHT COMPANY, LLC** and
Christian Eduardo Rodriguez

Original Mandamus Proceeding[1]


Sitting:  Karen Angelini, Justice
        Rebeca C. Martinez, Justice
        Luz Elena D. Chapa, Justice


On November 22, 2017, relators Rodriguez Produce & Freight Co., LLC and Christian Eduardo Rodriguez filed a petition for writ of mandamus, complaining of respondent's denial of their objection to respondent's appointment as visiting judge. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent may file a response to the petition for writ of mandamus in this court <u>no later than December 15, 2017</u>.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on December 6, 2017.


**PER CURIUM**

ATTESTED BY:  _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. DC-15-203, styled *Rosa Navarro, et al. v. Rodriguez Produce & Freight Company, LLC, et al.*, pending in the 229th Judicial District Court, Duval County, Texas. The Honorable Jose Longoria signed the order at issue in this proceeding.